## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | **Chapter 13     Proceeding** |
| | ) | |
| **Polly V. Stakley** | ) | **Case No. 10-20007- ASD** |
| **Debtor** | ) | |
| | ) | |
| | ) | **Re: ECF No. 49** |
| **U.S. Bank, N.A., Successor in Interest to the Federal Deposit Insurance Corporation, as Receiver for Downey Savings & Loan Association, F.A.** | ) | |
| **Movant** | ) | |
| **vs.** | ) | |
| **Polly V. Stakley** | ) | |
| **and  Molly T. Whiton , Trustee** | ) | |
| **Respondent** | ) | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

After notice and a hearing on U.S. Bank, N.A., Successor in Interest to the Federal Deposit Insurance Corporation, as Receiver for Downey Savings & Loan Association, F.A.'s (hereafter, the "Movant") Amended Motion for Relief from the Automatic Stay (hereafter, the "Motion") , ECF No.49:

**IT IS HEREBY ORDERED** that the Motion is Granted—the automatic stay of 11 U.S.C. § 362(a) is modified to permit the Movant, its designated servicing agent, and/or its successors and assigns to commence, continue, and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any, with respect to real property known as **62 Patricia Avenue a/k/a 62 S. Patricia Avenue, North Stonington, Connecticut**, in accordance with applicable state law, and

**IT IS FURTHER ORDERED** that the Movant, its designated servicing agent, and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, including accepting a deed in lieu of foreclosure from the Debtor.  The Movant or its designated servicing agent may contact the Debtor via telephone or written correspondence to offer such an agreement.  If the Debtor received a Chapter 7 discharge after Movant's loan was originated, any such agreement shall be non-recourse against the Debtor unless Movant's debt was included in a reaffirmation agreement, and.

**IT IS FURTHER ORDERED** that the Movant may assess the Debtor's mortgage account with reasonable attorney's fees of $650.00 and costs of $150.00 in connection with this Motion for Relief from Stay.  If the Debtor received a Chapter 7 discharge after Movant's loan was originated, said attorney fees and costs shall be non-recourse against the Debtor unless Movant's debt was included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the 14-day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable and the  Movant may immediately enforce and implement this order.

Dated: October 18, 2010

Albert S. Dabrowski
**United States Bankruptcy Judge**